IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:15-MJ-739-B |
| KRISTOPHER LEDELL LOVE | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to Title 18, United States Code, Section 3142(d).

**1. Eligibility of Case:**

This case is eligible for a detention order because the case involves:

\_\_\_\_   Crime of violence (18 U.S.C §3156);

\_\_\_\_   Maximum sentence life imprisonment or death;

\_\_\_   10+ year drug offense;

\_\_\_\_   Felony, with two prior convictions in any of the above categories;

_X_   Serious risk defendant will flee;

_X_   Serious risk obstruction of justice;

**2. Reason for Detention:**

The Court should detain the defendant because there are no conditions of release which will reasonably assure:

_X_   Defendant's appearance is required;

Motion for Detention - Page 1

   <u> X </u>   Safety of any other person and the community;

**3.**   **<u>Rebuttable Presumption:</u>**

The United States will invoke the rebuttable presumption against defendant because:

   <u>    </u>   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, Title 18, U.S.C. §924(c);

   <u>    </u>   Probable cause to believe defendant committed a crime of violence as defined in 18 U.S.C.§ 3156;

**4.**   **<u>Time for Detention Hearing:</u>**

The United States requests the Court conduct the detention hearing;

   <u> X </u>   at initial appearance;

   <u>    </u>   after continuance of 3 days (not more than 3).

DATED this the 6th day of October, 2015.

Respectfully submitted,

JOHN R. PARKER
United States Attorney

/s/ Rick Calvert

RICK CALVERT
Assistant United States Attorney
Texas State Bar No. 03669700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8685
Fax: 214.658.8803

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, a true and correct copy of the foregoing Motion has been served on the defendant, or his counsel of record, in accordance with the provisions of Fed. R. Cr. P. 49.

/s/ Rick Calvert

RICK CALVERT
Assistant United States Attorney